IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RONALD MICHAEL WOODWARD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WEBER COUNTY JAIL et al.,<br><br>　　　　　　　Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:16-CV-1109-JNP<br><br>District Judge Jill N. Parrish |

　　　　Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not obeyed the Court's November 7, 2016 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

　　　　Accordingly, IT IS ORDERED that—for failure to obey the Court's order and to prosecute this case—Plaintiff's case is DISMISSED without prejudice. This case is CLOSED.

　　　　DATED this 18th day of January, 2017.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JUDGE JILL N. PARRISH
　　　　　　　　　　　　　　　　United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2016).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).